# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BRADLEY VAUGHAN § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-CV-03222-S-BK |
| § | |
| KILOLO KIJAKAZI, *Acting* § | |
| *Commissioner of the Social Security* § | |
| *Administration* § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 27. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act [ECF No. 25] is **GRANTED. IT IS ORDERED** that Plaintiff is awarded attorney's fees in the amount of $6,930.00, payable within thirty (30) days to:

> Bradley Vaughan
> c/o David Chermol
> Chermol & Fishman LLC
> 11450 Bustleton Ave
> Philadelphia, PA 19116.

**SO ORDERED.**

SIGNED November 10, 2022.

**UNITED STATES DISTRICT JUDGE**